UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LOUISA LUNT,

            Plaintiff,

-vs-                                 Case No. 6:05-cv-1571-Orl-28DAB

COMMISSIONER OF SOCIAL
SECURITY,

            Defendant.
_____

## ORDER

This case is before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint as Untimely (Doc. No. 7) filed May 22, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed June 19, 2006 (Doc. No. 8) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Complaint is dismissed and all pending motions are **DENIED** as moot.

3.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___15___ day of August, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party